# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

REGIONS BANK AND REGIONS
COMMERCIAL EQUIPMENT
FINANCE, LLC

NO.   2019 CW 1673

VERSUS

MICHAEL EYMARD, RAIMY
EYMARD, LOUIS EYMARD, II,
AND OFFSHORE MARINE
CONTRACTORS, INC., AND AVIS
J. BOURG, JR.

CONSOLIDATED WITH

AVIS J. BOURG, JR.

VERSUS

MAR 1 3 2020

MICHAEL EYMARD, LOUIS J.
EYMARD AND RAIMY D. EYMARD

---

In Re:    Avis J. Bourg, Jr., applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 131524 c/w 131426.

---

**BEFORE:  McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT DENIED.**

                              JMM
                              MRT
                              WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT